Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JOSEPH P. RUETER,<br><br>Defendant. | Docket Number: 6:18-mj-00065-JDP<br><br>**MOTION TO VACATE INTERIM REVIEW HEARING; AND ORDER THEREON** |
|---|---|

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the interim review hearing currently scheduled in this matter for January 28, 2020. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on January 15, 2019. The next interim review hearing is scheduled for January 12, 2021, and a final review hearing is scheduled for December 14, 2021.

Dated: January 23, 2020          /S/ Susan St. Vincent
                                                   Susan St. Vincent
                                                   Legal Officer
                                                   Yosemite National Park

## ORDER

Upon application of the United States, good cause having been shown therefor, we hereby order that the review hearing scheduled for January 28, 2020 in the above-referenced matter, *United States v. Rueter*, 6:18-MJ-0065-JDP, be vacated.

IT IS SO ORDERED.

Dated: January 25, 2020

UNITED STATES MAGISTRATE JUDGE